LAWRENCE G. BROWN
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-cv-02547-JAM-GGH |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER FOR |
| ) | PUBLICATION |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 11786 ) | |
| MILLER PEAK ROAD, OROVILLE, ) | |
| CALIFORNIA, BUTTE COUNTY, ) | |
| APN: 058-200-075, INCLUDING ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

   2.  Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate

1  newspaper or other vehicle for publication;
2      3.   The defendant real property is located in the city of
3  Oroville, in Butte County, California;
4      4.   Plaintiff proposes that publication be made as follows:
5           a.   One publication;
6           b.   Thirty (30) consecutive days;
7           c.   On the official internet government forfeiture
8  site www.forfeiture.gov;
9           d.   The publication is to include the following:
10               (1)  The Court and case number of the action;
11               (2)  The date of the seizure/posting;
12               (3)  The identity and/or description of the
13  property seized/posted;
14               (4)  The name and address of the attorney for the
15  Plaintiff;
16               (5)  A statement that claims of persons entitled
17  to possession or claiming an interest pursuant to Supplemental
18  Rule G(5) must be filed with the Court and served on the attorney
19  for the Plaintiff no later than 60 days after the first day of
20  publication on the official internet government forfeiture site;
21  and
22               (6)  A statement that answers to the Complaint or
23  a motion under Rule 12 of the Federal Rules of Civil Procedure
24  ("Fed. R. Civ. P.") must be filed and served within 20 days after
25  ///
26  ///
27  ///
28  ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 9/11/09            LAWRENCE G. BROWN
                          United States Attorney


                           /s/ Saralyn M. Ang-Olson
                          SARALYN M. ANG-OLSON
                          Special Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

Dated: September 14, 2009  /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

11786miller.ord