```
BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT<br>11786 MILLER PEAK ROAD,<br>OROVILLE, CALIFORNIA,<br>BUTTE COUNTY APN:058-200-075,<br>INCLUDING ALL APPURTENANCES<br>AND IMPROVEMENTS THERETO,<br><br>    Defendant. | 2:09-cv-02547-JAM-GGH<br><br>STIPULATION FOR EXTENSION<br>OF TIME TO FILE JOINT STATUS<br>REPORT AND ORDER<br><br><br><br><br><br>DATE:     N/A<br>TIME:     N/A<br>COURTROOM: N/A |

Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, plaintiff United States of America ("Plaintiff") and claimants J. Scott Rader, Susan C. Rader and the J. Scott Rader and Susan C. Rader 2006 Trust ("Claimants"), by and through their respective counsel, hereby request that the joint status report currently due on November 10, 2009 be continued for approximately 30 days, or effectively be due on **December 10, 2009.**

Plaintiff and Claimants make this request for the following reasons:  Plaintiff and Claimants are in the process of

determining a resolution to this dispute. To help inform that process, Claimants' counsel is gathering documents and/or other materials on behalf of his clients. Under the circumstances, counsel for both Plaintiff and Claimants agree that they are not in a position to contribute meaningfully either to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report as required by the Court's Order on September 11, 2009.

As soon as the need has become apparent, Plaintiff and Claimants without delay, hereby make their request pursuant to Rule 6-144(d). See L. R. 6-144(d).

As further required pursuant to Rule 6-144(b), the Plaintiff and Claimants hereby represent that no prior extension of time has previously been sought in regard to the filing of the joint status report. See L. R. 6-144(b).

Dated: November 10, 2009         BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Saralyn M. Ang-Olson
                                 Saralyn M. Ang-Olson
                                 Special Assistant U.S. Attorney


Dated: November 10, 2009         MACKENZIE LAND LAW


                                 /s/ Robert W. MacKenzie
                                 ROBERT W. MACKENZIE
                                 Attorney for J. Scott Rader, Susan
                                 C. Rader, and the J. Scott Rader
                                 and Susan C. Rader 2006 Trust

                                 (Attorney sig. retained on file)

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before December 11, 2009.

**IT IS SO ORDERED.**

Dated: November 10, 2009

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge