BENJAMIN B. WAGNER
United States Attorney
SARALYN M. ANG-OLSON, SBN 197404
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-02547-JAM-GGH |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 11786 MILLER PEAK ROAD, OROVILLE, CALIFORNIA, BUTTE COUNTY APN:058-200-075, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE:   N/A  TIME:   N/A |
| Defendant. | COURTROOM: N/A |

Pursuant to Rule 6-144(a) of the Local Rules of Practice for the United States District Court, Eastern District of California, plaintiff United States of America ("Plaintiff") and claimants J. Scott Rader, Susan C. Rader and the J. Scott Rader and Susan C. Rader 2006 Trust ("Claimants"), by and through their respective counsel, hereby request that the joint status report currently due on December 10, 2009 be continued for approximately 60 days, or effectively be due on **February 8, 2010.**

Plaintiff and Claimants make this request for the following reasons:  Plaintiff and Claimants are in the process of

determining a resolution to this dispute.  To help inform that process, Claimants' counsel is gathering documents and/or other materials on behalf of his clients.  Under the circumstances, counsel for both Plaintiff and Claimants agree that they are not in a position to contribute meaningfully either to the process of conferring on the matter as required by Fed. R. Civ. P. 26(f) or to the preparation of a resulting joint status report as required by the Court's Order on September 11, 2009.

As soon as the need has become apparent, Plaintiff and Claimants without delay, hereby make their request pursuant to Rule 6-144(d).  See L. R. 6-144(d).

As further required pursuant to Rule 6-144(b), the Plaintiff and Claimants hereby represent that one prior extension of time of 30 days has previously been sought and granted in regard to the filing of the joint status report.  See L. R. 6-144(b).

Dated: December 10, 2009      BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Saralyn M. Ang-Olson
                              Saralyn M. Ang-Olson
                              Special Assistant U.S. Attorney


Dated: December 10, 2009      MACKENZIE LAND LAW


                              /s/ Robert W. MacKenzie
                              ROBERT W. MACKENZIE
                              Attorney for J. Scott Rader, Susan
                              C. Rader, and the J. Scott Rader
                              and Susan C. Rader 2006 Trust

                              (Attorney sig. retained on file)

**ORDER**

For the reasons set forth above, the parties shall submit a joint status report on or before February 8, 2010.

**IT IS SO ORDERED.**

Dated: December 10, 2009     /s/ John A. Mendez
                             JOHN A. MENDEZ
                             United States District Judge