IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Real Property Located at 11786 Miller Peak, Oroville, California,

    Defendant.

No. 2:09-cv-2547 JAM GGH

<u>ORDER</u>

    The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to refer this case back to the Honorable Gregory G. Hollows, U.S. Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: February 9, 2010

                                        /s/ Kendall J. Newman
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

oroville.rec