IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    No. 2:09-cv-2547 JAM GGH

    vs.

Real Property Located at 11786
Miller Peak, Oroville, California,

    Defendant.                  <u>ORDER</u>

_____/

        The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to refer this case back to the Honorable Gregory G. Hollows, U.S. Magistrate Judge for any further proceedings which may be appropriate or required.

DATED: February 9, 2010

                                      /s/ Kendall J. Newman
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

oroville.rec