BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>REAL PROPERTY LOCATED AT 11786<br>MILLER PEAK ROAD, OROVILLE,<br>CALIFORNIA, BUTTE COUNTY,<br>APN: 058-200-075, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:09-CV-02547-JAM-GGH<br><br>STIPULATION TO CONTINUE<br>SCHEDULING DATES AND<br>ORDER THEREON |

Claimant Susan Rader and Plaintiff the United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1.   This stipulation is executed by all parties who have appeared in and are affected by this action.

2.   The parties are requesting an extension of the deadline to disclose experts from January 7, 2011 until January 21, 2011. This change was requested by counsel for the United States given the unexpected unavailability of its counsel this week.  Claimant's counsel has cooperated in granting this extension.

Plaintiff's Disclosure of
Expert Witnesses and Reports

3.    All other deadlines remain unaffected by this stipulation.

4.    This is the Parties' first request for an extension and no further extensions are currently anticipated.

                              Respectfully submitted,

Dated: 1/7/11                 BENJAMIN B. WAGNER
                              United States Attorney


                              /s/ Kelli L. Taylor
                              KELLI L. TAYLOR
                              Assistant U.S. Attorney


Dated: 1/7/11                 /s/ Robert W. MacKenzie
                              ROBERT W. MACKENZIE
                              Attorney for claimant Susan Rader
                              (As authorized on 1/7/11)

                              **ORDER**

    Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED the disclosure of expert witnesses is postponed from January 7, 2011 until January 21, 2011.  All other deadlines set forth in the Scheduling Order remain unaffected by this stipulation.

Dated: 1/10/2011              /s/ John A. Mendez
                              Honorable JOHN A. MENDEZ
                              United States District Judge

Plaintiff's Disclosure of
Expert Witnesses and Reports