```
BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-CV-02547-JAM-GGH |
| ) Plaintiff, ) | FINAL JUDGMENT OF FORFEITURE |
| v. ) | |
| REAL PROPERTY LOCATED AT 11786 ) MILLER PEAK ROAD, OROVILLE, ) CALIFORNIA, BUTTE COUNTY, ) APN: 058-200-075, INCLUDING ) ALL APPURTENANCES AND ) IMPROVEMENTS THERETO, ) ) Defendant. ) _____) | |

     Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

     1. This is a civil forfeiture action against certain real property located at 11786 Miller Peak Road, Oroville, California, Butte County, APN: 058-200-075 ("defendant real property").

     2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 11, 2009, alleging that defendant real property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).  Doc. #1.

     3. On September 16, 2009, the defendant real property was posted with a copy of the Complaint and Notice of Complaint.  *See* Notice filed October 2, 2009, Doc. #4.

     4. Beginning on January 23, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture website

1  www.forfeiture.gov.  A Declaration of Publication was filed on February 22, 2010.  Doc. #22.

2       5.  In addition to the public notice on the official internet government forfeiture website

3  www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

4          a.  Susan C. Rader

5          b.  J. Scott Rader

6          c.  Robert T. Mason.

7       6.  On October 9, 2009, claimants J. Scott Rader[1] and Susan C. Rader filed a Verified

8  Statement of Interest alleging an interest in the defendant real property on behalf of the J. Scott

9  Rader and Susan C. Rader 2006 Trust.  Doc. #6.  On October 29, 2010, they filed an Answer to the

10 Complaint.  Doc. #7.  No other parties have filed claims or answers in this matter, and the time in

11 which any person or entity may file a claim and answer has expired.

12      7.  On or about January 28, 2010, a Stipulation and Order for Interlocutory Sale of Defendant

13 Real Property was filed.  Doc. #17.  The defendant real property sold for $215,000.00, and that sale

14 was finalized on February 12, 2010.  The U.S. Marshals Service received a wire transfer of the net

15 sale proceeds on February 16, 2010, in the amount of $191,932.84, to be substituted as the *res* in this

16 action in lieu of defendant real property and held pending further order of the Court.

17      8.  The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Robert T.

18 Mason on April 5, 2011.  Doc. #31.  Pursuant to Local Rule 540, the United States and claimant

19 jointly request that as part of the Final Judgment of Forfeiture in this case that the Court enter a

20 default judgment against the interest, if any, of Robert T. Mason without further notice.

21      Based on the above findings, and the files and records of this Court, it is hereby

22      ORDERED AND ADJUDGED:

23      1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and

24 between the parties to this action.

25      2.  Judgment is hereby entered against claimant Susan C. Rader, and all other potential

26 claimants who have not filed claims in this action, including default judgment against Robert T.

27

28

---

[1] Claimant J. Scott Rader passed away on March 30, 2010.

Final Judgment of Forfeiture                         2

Mason.

3. Upon entry of this Final Judgment of Forfeiture, $3,000.00 of the $191,932.84 in net sale proceeds, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(7), as the substitute *res* in lieu of defendant real property, to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $188,932.84 of the $191,932.84, together with any interest that may have accrued on that amount, shall be returned to claimant Susan C. Rader through her attorney Robert W. MacKenzie.

5. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said filing of the Complaint and the posting of the defendant real property with the Complaint and Notice of Complaint, as well as to those now known or disclosed. The parties to the stipulation waived the provisions of California Civil Code § 1542.

6. Pursuant to the stipulation of the parties, no party substantially prevailed in this action within the meaning of 28 U.S.C. § 2465.

7. Pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about September 11, 2009, Doc. #1, the Court finds that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8. Each party shall bear its own costs and attorney's fees.

////
////
////
////

9. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 22nd day of April, 2011.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court

## CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed September 11, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

DATED: April 22, 2011            /s/ John A. Mendez
                                 JOHN A. MENDEZ
                                 United States District Court